**Rosalinda MIRANDA, Petitioner–
Appellant,**

v.

**Ginny VAN BUREN, Warden, Federal
Medical Center, Carswell,
Respondent–Appellee.**

No. 05–10999
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 28, 2006.

Rosalinda Miranda, Fort Worth, TX, pro se.

Before DAVIS, SMITH, and WIENER,
Circuit Judges.

PER CURIAM: *

Rosalinda Miranda, federal prisoner # 79975–079, appeals the dismissal of her 28 U.S.C. § 2241 petition, which challenged her 1998 drug conspiracy conviction and sentence. She challenged her conviction and sentence pursuant to *United*

States v. Booker, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

Because Miranda challenged errors that occurred at or before sentencing, her claim could not be asserted in a § 2241 petition. *See Tolliver v. Dobre*, 211 F.3d 876, 877 (5th Cir.2000). Moreover, her *Booker* claim may not proceed under the savings clause of 28 U.S.C. § 2255. *See Padilla v. United States*, 416 F.3d 424, 426–27 (5th Cir.2005). Accordingly, the district court's dismissal of Miranda's § 2241 petition is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.